FILED
CLERK, U.S. DISTRICT COURT

FEB - 9 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Central District Of California.

Ezequiel Romo,
        Plaintiff
            V.
City Of Los Angeles,
Robert Luna, et Al.,
Los Angeles Sheriffs
Department (LASD)
John And Jane 51
Does (1 - 20).

CASE No. 2:23cv10864
42 U.S.C. Section 1983
First Amended Complaint
Fed R. Civ. P., Rule.
  8. (a) (2).

        Plaintiff, Ezequiel Romo In Propia Persona.
Pursuant To 42 U.S.C. Section 1983.
    · United States District Court January 17.
2024. See Doc. 4. Fed R Civ. P., Rule 8 (a) (2).
    · Plaintiff Using The Mail Box "Rule" And
U.S. Postal Service Before This Court Filed
First Amended Complaint Pursuant To The
Court Order (Doc. 4).

1. Plaintiff, Ezequiel Ramo moves this court in Redress of First - Eight - Fourteenth U.S. Constitution as clearly established law under 42. U.S.C. Section.1983.

2. This court has jurisdiction over this action pursuant to 28 U.S.C. Sections; 1331 (Federal Question) and 28 U.S.C. 1343(3) (Civil Rights) Venue lies within the Central District of California, the Judicial District in which the claims arose pursuant to 28 U.S.C. Section 1392 (b).

## Introduction

3. This is an action for money damages against Defendants' and arises out of a legitimate court-order arrival on August 29, 2019 Through the roup 41 years while housed at Men's Central Jail until August 30, 2023.

- Denial of any written "Notice" and Due process of placement in Segregation;
- Denial of Impartial Decision - Maker An opportunity to present evidence;
- Denial of Administrative Review of And Lack of Meaningful Review of Grievance(s).

## Parties:

4. Plaintiff at all times relevant hereto is currently a state prisoner in California Department of corrections and Rehabilitation (CDCR), while On Out to court (2019 - 2023).

5. Defendants' county of Los Angeles

("County") is a County operating pursuant to the laws of the State of California;

6. Defendants' of the Los Angeles Sheriff's Department ("Sheriff's Department") is a local government entity created under the laws of the State of California and an agency of Defendant County the Sheriff's Department is responsible for operating the Los Angeles County Jail facilities, including promulgating policies and procedures at those facilities.

7. Defendant' Robert Luna actions and inactions is liable for the constitutional violations;

8. Defendants' whose names and identities are unknown are sued herein under the names John and Jane Does) (1-20) pending discovery Fed. R. Civ. P., 26 - 37;

9. Plaintiff is informed and believes and on that basis alleges that at all times herein mentioned, each defendant was the agent, servant and employee of the other defendants and were acting at all times within the scope of their agency and employment and with the knowledge and consent of their principal and employer. Defendants' at all times herein, each of them, were acting under the color of State law.

Claims for Relief:
First, Eight, Fourteenth — Amendments
U.S. Constitution — 42 U.S.C. Section
& 1983.

10. Plaintiff having arrived at men's central jail (MCJ) on August 29, 2019 on a legitimate court-order, transfer via Centinela State Prison was processed and designated K-10 status and housed in module 3500.

LASD, Los Angeles Sheriff's Department policy and procedure(s) and title 15, et al.,

11. Defendants' arbitrary government action decision or retaliation August 29, 2019 on through August 30, 2023:

MCJ jail liaison, reviewed and reclassified plaintiff to be housed in general population and was rehoused in module 2100\2300:

12. On September 6th 2019 defendants moved plaintiff transfer to North County Correction Facility (NCCF),

13. Defendants' John and Jane Doe(s) 1-20 during security count entered dorm 826 ordered all inmates to lay face down on assigned bunks two(2) hours after plaintiff arrived he was ordered not to resist and be placed in handcuffs and defendant' (Marin) stated plaintiff was not welcomed at NCCF.

14. DEFENDANTS' (VALENTINO) OF OPERATION SAFE JAIL (OSJ) STATED: "JAIL LIAISON HAD EMAILED OF PLAINTIFF'S ARRIVAL ON SEPTEMBER 6th 2019 AND DEFENDANT ORDERED PLACEMENT OF PLAINTIFF IN RESTRICTIVE HOUSING.

15. ON SEPTEMBER 9, 2019 PLAINTIFF WAS RELEASED BACK INTO GENERAL POPULATION WITHOUT ANY WRITTEN NOTICE OR DUE PROCESS IMPARTIAL HEARING.

16. DEFENDANTS' (VALENTINO) ORDERED PLAINTIFF MOVED ON OCTOBER 28, 2019 WITHOUT BEING HOUSED AT MCJ TWENTY-FOUR (24) HOURS, DEPRIVED OF SLEEP AND ONLY TO BE REHOUSED AT NCCF.

17. ON DECEMBER 19, 2019 DEFENDANTS' TRANSFERRED PLAINTIFF BACK TO MEN'S CENTRAL JAIL TO BE HOUSED (4-19) HIGH POWER MODULE 3100 WITHOUT "NOTICE" OR HEARING BASED ON ARBITRARY GOVERNMENTAL ACTION, DECISION, CUSTOM, POLICY DEFENDANTS' (VALENTINO) (SEE GRIEVANCE # 5100 2020 0122 219)

18. DEFENDANTS' CONTINUOUS HARASSED PLAINTIFF IN RETALIATION OF LEGITIMATE COURT-ORDER WITHOUT AN "NOTICE" OR MEANINGFUL REVIEW OF AN GRIEVANCE'S AND CONFLICT RESOLUTION AUGUST 29, 2019 ON THROUGH AUGUST 30 2023.

19. JANUARY 14, 2020 (REFERENCE # 5100·2020·0122· 219) DEFENDANTS' STIENARK (NO.43201) AND MARQUEZ (NO. 6166 44) EACH FAILED TO INTERVIEW PLAINTIFF AND PROVIDE ANY MEANINGFUL REVIEW OF ADMINISTRATIVE GRIEVANCE'S A DENIAL OF FIRST·AMENDMENT U.S. CONSTITUTION.

20. FEBRUARY 19, 2020 (REF# 5100-2020-0220-292)
REVIEWED BY DEFENDANTS' MARQUEZ (NO. 616644) AND
BONNER (NO. 404914) FAILED TO PROVIDE MEANINGFUL
REVIEW OF GOVERNMENT ARBITRARY ACTION, DECISION.
21. JAIL LIASION, RECLASSIFIED PLAINTIFF ON APRIL 2020
AND REHOUSED IN GENERAL POPULATION MODULE 4700.

22. DEFENDANTS: ON APRIL 28 2020 DURING SHOWERS
JOHN DOES 1-20 PLACED PLAINTIFF IN HANDCUFFS
AND REHOUSED IN MODULE 3500 PENDING JAIL LIASION
REVIEW.

23. ON APRIL 29, 2020 DEFENDANTS: CAPRA INTERVIEW
OF PLAINTIFF OF ALLEGED PHONE CALL AND WRITTEN
NOTE BY A JAILHOUSE INFORMANT ALLEGED PLAINTIFF
WAS TARGETED FOR ASSAULT DEFENDANTS: ASKED THE
PLAINTIFF IF HE WANTED TO SIGN A WAIVER OF
LIABILITY THREAT ADVISORY.

24. PLAINTIFF SIGNED THE WAIVER OF LIABILITY
AND WAS DENIED BY DEFENDANT CAPRA TO BE
REHOUSED BACK IN MODULE 4700.

25. ON APRIL 30, 2020 MCJ-LIASION CLASSIFIED
PLAINTIFF AND REHOUSED IN RESTRICTIVE HOUSING
1700.

26. ON MAY 3, 2020 PLAINTIFF FILED GRIEVANCE
(# 5100 2020 0506 216) REDRESS OF REOCURRING
ARBITRARY RETALIATION; LACK OF "NOTICE" AND
MEANINGFUL REVIEW; GRIEVANCES ALLOW FOR
CONFLICT RESOLUTION VIOLATES FIRST-EIGHT-FOUR-
TEENTH AMENDMENTS AS CLEARLY ESTABLISHED.

Significant Atypical Hardship
Deliberate-Indifference Or
Cruel And Unusual Punishment.

27. Classification Allows Privilages And Those privilages Are Denied Without Due Process with a Deliberate-Indifference In Retaliation of a Legitimate Court-Order. Title 15 § 1083.

28. On May 17, 2020 plaintiff wrote Ac111 Legal mail And Defendants' Sergeant Barrera, Returned Legal mail opened violating title 15 § 1068. Stated operation safe jail would handle true issue; Impede First-Amendment.

29. Defendants' Released plaintiff to module 3800 September 15. 2020 And After Grievances And Living Condition(s) No Hot Water, Cold Food; Call Or Exercise Retaliation And A Clear Harrasment.

30. Defendants' Lozano-Ortega Stated To plaintiff he had Medical while on true Exercise yard to which plaintiff Stated he had no Medical; Lozano-Ortega Stated plaintiff had To Sign a Medical Refusal to which plaintiff Isued if it was a Medical Appointment or Excuse to Rehouse Based on Reocurring of Harrasment Over (30) thirty Deputys Awaited plaintiff And To Avoid Conflict Between Inmates on yard And Deputys filed Grievance #5100-2020-

1005-313 DEFENDANTS' AGUILAR (NO. 416644) AND MARQUEZ (NO. 616644) COMMENTS PER JAIL LIASION PLAINTIFF WAS CLASSIFIED APPROPRIATELY.

31. GRIEVANCE REFERENCE # 5100-2020-0123-276. DEFENDANTS' DUNGCA (NO. 507203) DENIED APPEAL LEVEL STATUS ONE AND TWO. COMMENTS PER MCJ JAIL LIASION, PLAINTIFF NOT ELIGIBLE FOR DECLASS UNTIL OCTOBER 2020.

32. PER MCJ JAIL LIASION ON OCTOBER 1, 2020 PLAINTIFF WAS INTERVIEWED AND NOTIFIED WOULD BE UP FOR REVIEW AT THE NOVEMBER 2020 PANEL AND BE RECOMMENDED FOR GENERAL POPULATION. REFERENCE # 5100-2020-1014-373.

33. DEFENDANTS' LIPSON (NO. 532702) COMMENTS PER JAIL LIASION PLAINTIFF WILL NOT BE RECLASSED AND WILL REMAIN (K-10) THE PANEL WAS HELD ON NOVEMBER 18 2020.

34. PLAINTIFF FILED FOR IMMEDIATE RELEASE TO GENERAL POPULATION ON NOVEMBER 20, 2020) BASED ON INMATE RECORDS TITLE 15 & SECTION 1041 AND 41050 CLASSIFICATION PLAN SECTION 1073 INMATE GRIEVANCE PROCEDURE (A). THERE EXISTS NO STAFF CONCERNS (NO ENEMY CONCERNS) NO SAFETY CONCERNS. (SEE: REFERENCE # 5100-2020-1005-313.)

35. DEFENDANTS' (GERRATO) STATED TO PLAINTIFF THE PANEL WAS HELD AND WANTED TO SEE HOW PLAINTIFF HANDLED REJECTION WAS DENIED; CONTRARY TO POSITIVE BEHAVIOR FOLLOWING LAWS AND REGULATIONS

constitutes arbitrary partial decision-maker defendants violate Due process clause CA. Const. Art. 1 Sec 17(a) And First- Eight- Fourteenth Amendment(s) Under U.S. Constitution.

36. December 24, 2020 plaintiff filed Grievance of Inmate request (November 20, 2020) failure to provide meaningful Review (Ref # 5100.2020.1005.13) Reviewed By defendants (Greiner No. 434201) And Marquez (No. 616644) Reference # 5100.2020.1231.435.

37. plaintiff was denied privilege(s) visit(s) while in restrictive Housing without Any wrong Doing violates "Due process" Reference # 5100.2020. 0117.214.

38. Defendants Dungca (No. 507203) denied appeal level 1. (comments: "per my liaison, you were Reviewed by the RHCP And they decided you should Not Be declassified And you were Affirmed As A Y-19") January 26, 2021

39. Defendants denied all written "Notice" of Any panel decision And All opportunity to be heard or present An Rebuttal to An Impartial hearing maker.

40. plaintiff filed An Inmate request Based on title 15. Section. 1050.a) " An Inmate who has Been Sentenced to more than (60) Sixty- Days may request A review of his classification plan no more Than (30) Thirty- Days. from his last review. (February 16, 2021)

41. DEFENDANTS' VIOLATE THE MAILBOX RULE AND THE TITLE 15: SECTION 1063:

(A) THERE IS NO LIMITATION ON THE VOLUME OF MAIL AN INMATE MAY SEND OR RECIEVE;

(C) JAIL STAFF SHALL NOT REVIEW INMATE CORRESPONDENCE TO OR FROM STATE\FEDERAL COURTS, ANY MEMBER OF THE STATE BAR OR HOLDER OF PUBLIC OFFICE.

42. PLAINTIFF ON MAY 17, 2020 WROTE INSPECTOR GENERAL ACLU, OF GRIEVANCE ISSUES AND LIVING CONDITIONS AND A DECLARATION; SIGNED AND GIVEN TO DEPUTY FOLLOWING MAIL PROCEDURE(S).

43. PLAINTIFF ON JULY 22, 2022 REQUESTED A PRINT OF LEGAL MAIL SENT OUT JUNE 2022 FOLLOWING MAIL PROCEDURE(S).

44. DEFENDANTS' CARVAN (NO. 466256) AND LARSON (NO. 523966) COMMENTS: PER MCJ UNIT ORDER, THE LEGAL MAIL CUSTODY ASSISTANTS ARE NOT REQUIRED TO MAINTAIN AN OUTGOING LEGAL MAIL LOG. SEE: REFERENCE # 5100. 2022. 0803. 316.)

45. PLAINTIFF FILED MULTIPLE INMATE REQUEST(S) AND GRIEVANCES CONCERNING LIVING CONDITIONS. NO HOT WATER REFERENCE # 5100. 2021. 0513. 211.);

46. GRIEVANCE(S) DUE TO 4000 FLOOR KITCHEN BEING CLOSED THE MEALS ARE ALL SERVED LATE, UNSANITARY WITH INMATES NOT HAVING GLOVES OR HAIRNETS. REFERENCE # 5100. 2020. 0412. 220.) DEFENDANTS' HERNANDEZ (NO. 440091) AND DEFENDANT' NAKAMURA (NO. 5363681, DEFENDANTS' POMPEROS (NO. 523033) DENIED APPEAL LEVEL. 1.)

47 On April 11. 2022 while housed in module 4900 And without incident Defendants' without "Notice" of Any Hearing Rehoused plaintiff in module 1700 Able Row (K-19).

48 Defendants' Housed plaintiff in Restrictive Custody for (60) Sixty-Days change in Custody without written Notice of due process And no hearing And No Response to inmate Grievance to Avoid following policy And procedure(s) And MCJ' Jail Liaison interview.

49 On June 11. 2022 plaintiff was Released Back to general population without Any hearing or Response(s) to inmate Requests or Grievance.

50 On January 30th 2023 Defendants' gave plaintiff Legal visit And Escorted plaintiff while housed in module 4900 And when Legal visit was over Defendants' Rehoused plaintiff in module 3500 And Jail Liaison Classified plaintiff (K-19) Housed 1700 Able Row for Sixty (60) Days.

51 plaintiff was Denied visiting privileges And No Response to Grievance(s).

52 No Response to inmate grievance of No Hot water while housed in 1700 Able Row for 60 Sixty-Days.

53 Defendants' Denied plaintiff Yard privileges without written Notice of Hearing violated due process Reference # 5100. 2023. 0130. 013)

54 plaintiff was Rehoused in module 2100 without

any type of Hearing or response of grievance.

55. On may 24. 2023 plaintiff filed a grievance of being Denied visits And No response.

56. On August 4. 2023 Defendants lied to plaintiff stated he had a legal visit.

57. Plaintiff spoke to Deputy (Bin No 624957) And signed Threat Advisory And returned Back to Assigned Module (2400 cell D.9).

58. On August 5. 2023. Deputy (5050) came to plaintiff's Assigned cell verbally stated he was gonna be Rehoused pending liason classification.

59. Plaintiff was Rehoused in module 3500 pending transfer to prison And until a peaceful hunger-strike refused all meals Based on Non-disciplinary was Rehoused with out incident Denied all privilages.

60. Defendants housed plaintiff without a "Notice" Hearing August 5 2023 until plaintiff's hunger strike.

61. Plaintiff filed August 10. 2023 Inmate request to be Rehoused Back in general population.

62. Defendants' Never interviewed Nor Responded to Inmate request.

63. Plaintiff filed August 16. 2023 grievance of all meals refused Title 15. Section. 1073(a) Denial of all privilages while housed in module 3500 And No response to Inmate request(s) or grievance(s) Denial of Redress or Arbitrary Government Action.

64 DEFENDANTS' DETECTIVE CAPRA OF ORGANIZED CRIME TASK FORCE (SAME AS ON APRIL 29, 2019) INTERVIEWED THE PLAINTIFF ON AUGUST 16, 2023.

65. PLAINTIFF STATED HE WAS NOT INVOLVED AND HAD NO KNOWLEDGE OF THE INCIDENT OR INDIVIDUALS DEFENDANT CAPRA WAS ASKING ABOUT; DEFENDANT CAPRA STATED HE WOULD CONTACT (LIL SMOKEY) A KNOWN JAILHOUSE INFORMANT WHO WAS COOPERATING WITH LAW ENFORCEMENT SINCE HIS APRIL 25 2018 ARREST AND DENIAL OF HIS GANG-INVOLVEMENT ON THE COURT-ORDER OF PLAINTIFF'S AUGUST 29, 2019 EVIDENCE OF CONSTANT REOCCURRING HARASSMENT AND RETALIATION OF (4) FOUR-YEARS.

66. ON AUGUST 22, 2023 PLAINTIFF FILED AN INMATE REQUEST FORM OF ALL THREAT ADVISORY WAIVER(S) OF LIABILITY FORMS.
- THREAT ADVISORY APRIL 29, 2020 DEPUTY BECERRA (NO. 607250), AND CAPRA WITNESSED.
- THREAT ADVISORY APRIL 30, 2020 DEPUTY BARRIS (NO. 552100)
- THREAT ADVISORY AUGUST 4, 2023 DEPUTY KIM (NO. 624457)
- THREAT ADVISORY AUGUST 21, 2023 DEPUTY SILVA (NO. 629509)

67. ON AUGUST 30, 2023 PLAINTIFF WAS TRANSFERRED TO NORTH KERN STATE PRISON AND HOUSED IN ADMINISTRATIVE SEGREGATION BASED ON LOS ANGELES SHERIFF'S DEPARTMENT ALLEGED PENDING INVESTIGATION.

Last, Defendants' Robert Luna: John and Jane Does 1-20. Each in Official and Individual Capicity liable under Color of Authority Violated the plaintiff's First-Eight-Fourteenth Amendments' as established Law:

68. plaintiff Having Exhausted all administrative remedies August 2016 - August 2023 and Incorporates all paragraphs 1-70.

Request for Relief.

69. plaintiff Request a demand for jury Trial under Fed R Civ. p. Rule 38.

• Each Defendants Action/Inactions liable under Deliberate Indifference Government Action, Decision, Policy, Custom.

• Presumed Damages \$250,000.00 Two-Hundred Fifty thousand Dollars; Compensatory and punitive Damages Each Defendant \$50,000.00 Fift-thousand Dollars; All Costs Incurred;

• Any Declaratory and Injunctive Relief Deemed Equitable By the Court.

Verified Complaint

70. I, Ezequiel Romo, In Propria Persona To within Cause Of Action under 28. Section 1746 penalty of perjury an True Above Rue and Correct Arose within The Jurisdiction Of this Court.

On January 24 2024 At Delano California 93216

Ezequiel Romo

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## NOTIFICATION OF DISPOSITON

**REFERENCE #: 5100-2020-0122-218**

**INFORMATION:**

☐ **Handle as an emergent.**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5730960 | ROMO | EZEQUIEL | |
| Facility | Housing Location | Date of Collection | |
| CJ | 3100 A 0006 | 01/18/2020 | |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | Classification |

Request or Grievance Details:

Inmate is stating that he was moved from NCCF and reclassified as a k-10 inmate. Inmate is requesting to be reclassified and moved back to general population.

**DISPOSITION:**

Complaint Type

Housing Location /
Reclassification

| Findings | Relief | |
|---|---|---|
| Not Sustained ✓ | Denied | ✓ |

**Comments**

Per Jail liaison you are housed according to your classification.

**REVIEWED BY:**

| 439201 | Steinert |
|---|---|
| 616644 | Marquez |

Inmate Rights Regarding the Appeal Process:

- Inmates may only submit one (1) appeal per grievance.
- An appeal shall be submitted on the appropriate appeal form, which will be provided to the inmate by custody personnel when delivering the notification of the disposition of a grievance or appeal.
- Inmates who are unable to fill out the appeal form may ask personnel for assistance.
- An appeal by an inmate must be submitted within fifteen (15) calendar days of receiving a written disposition regarding the grievance, or the appeal will be denied.
- Inmates will be advised in writing by a supervisor the result of an appeal within **15** calendar days of the appeal submission.

New issues raised by an inmate on an appeal form will not be addressed, and any decision rendered will pertain only to the present appeal issue.

**REFERENCE #: 5100-2020-0122-218**

| Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance. | | |
|---|---|---|
| Inmate's Signature:<br>Romio Ezequiel | Booking #:<br>5730960 | Date:<br>1-24-20 |
| SH-J-420 | 5100-2020-0122-218 | |

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

## INMATE GRIEVANCE FORM

See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 calendar days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this a grievance an emergency?**
¿Es ésta queja una emergencia?

YES*   NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ROMO | 5730960 | MCJ | 4800 D2 | 8-2-22 |

REFERENCE NUMBER:

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

**GENERAL SERVICES**
- ☐ Living conditions
- ☐ Food
- ☐ Showers
- ☐ Property
- ☒ Mail
- ☐ Commissary/Account Balance
- ☐ Clothing/Linen/Bedding
- ☐ Educational/Vocational Programs
- ☐ Other (explain below)
- ☐ Classification
- ☐ Telephone
- ☐ Visiting

**MEDICAL/MENTAL**
- ☐ Medical Services (Place in envelope)
- ☐ Mental Health (Place in envelope)
- ☐ Dental (Place in envelope)
- ☐ Americans with Disabilities Act (ADA)
- ☐ Other (explain below)

**STAFF**
- ☐ Custody Personnel
- ☐ Medical Staff
- ☐ Mental Health Staff
- ☐ Other (explain below)

*Optional (check only if applicable):*
- ☐ Use of force
- ☐ Retaliation
- ☐ Harassment
- ☐ Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

DATE, TIME, DAY OF OCCURRENCE: JUNE 22ND 7:00 am   FACILITY OF OCCURRENCE: MCJ 4800   LOCATION OF OCCURRENCE: 4800 D2

LEGAL MAIL ADDRESSED: OSCAR ACEVEDO, ESQ., 714 W. OLYMPIC BLVD. SUITE # 621 LA, CA 90015 MAILED WAS NOT RECIEVED AS GIVEN TO DEPUTY AND SEALED/SIGNED. PLEASE SEND LEGAL LOG OR MAIL

*If needed, additional space is provided on the back of this copy*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.

☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address _____ City _____ State _____ ZIP _____ Phone ( ) _____

Attention: Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature X: ROMO

INMATE NAME:

---

FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| SGT. DUCKWORTH | 484639 | TIME STAMP HERE |

*Watch commander notified of emergency grievance: _____ Name _____ Employee # _____ Date/Time

This grievance ☐ was ☐ was not handled as an emergency. If not, please explain below.

Note: Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

If a disposition was rendered, please complete:   **BRIEF SUMMARY OF ACTIONS TAKEN**

| FINDINGS | RELIEF | |
|---|---|---|
| ☐ SUSTAINED | ☐ GRANTED | REFER TO LEGAL |
| ☐ SUSTAINED IN PART | ☐ GRANTED IN PART | |
| ☐ NOT SUSTAINED | ☐ DENIED | |
| ☐ INCONCLUSIVE | ☐ RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS) |

Inmate was notified of disposition/status/modification by: _____ (Supervisor), on _____ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

EMERGENCY GRIEVANCES ONLY

**FRONT PART 1 (WHITE COPY)**



Los Angeles County
**Sheriff's Department**

### eUDAL: Legal Mail Tracking
### #5730960  ROMO, EZEQUIEL
### 1/1/2022 ~ 8/4/2022



| Mail Type | Received On | Housing Loc | Addressed | Delivered / Mailed | Note |
|---|---|---|---|---|---|
| INCOMING | 6/21/2022 | 4800 / D / 0002 | OSCAR ACEVEDO ESQ 714 W OLYMPIC BLVD #621 LOS ANGELES CA 90015 | Rivera | |
| | 6/7/2022 | 1700 / A / 0002 | OSCAR ACEVEDO ESQ 714 W. OLYMPIC BL #621 LOS ANGELES CA 90012 | Rivera | |
| | 5/10/2022 | 1700 / A / 0002 | O. ACEVEDO, ESQ. 714 W. OMLYPIC BLVD. #621 LOS ANGELES, CA 90015 | 2022-05-11 Pena | |

LASD\ejpena
Report Generated On: 8/4/2022 6:13:57 AM

Los Angeles County
**Sheriff's Department**

## eUDAL: Legal Mail Tracking
### #5730960  ROMO, EZEQUIEL
### 1/1/2020 ~ 8/11/2020



| Mail Type | Received On | Housing Loc | Addressed | Delivered / Mailed |
|---|---|---|---|---|
| INCOMING | 7/28/2020 | 3100 / A / 0004 | LAW OFFICE OF JEROME J HAIG 21143 HAWTHORNE BLVD STE 454 TORRANCE CA 90503 | Rivera |
| OUTGOING | 7/22/2020 | 3100 / A / 0004 | ATTORNEY AT LAW JEROME J HAIG STE 454 21143 HAWTHORNE  TORRANCE CA 90503 | 2020-07-22 CALDWELL |

**Report Generated On: 8/11/2020 4:43:14 AM**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
**Only one request per form.**
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOCATION LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Rcun O | 5730960 | MCJ | 4800 D2 | 7-2-22 |

## I AM REQUESTING *(only one request per form)*:

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive comment about an employee |
| Religion: | ☐ Voting information | ☐ Drug/alcohol treatment | |
| | ☒ Information about my mail | ☐ To be an Inmate Worker | |
| ☐ Americans with Disabilities Act (ADA) Coordinator | ☐ Commissary/vending | ☐ Fire Camp information | ☐ Food information |
| | ☐ A haircut | ☐ Supervised release (i.e. ankle monitor, house arrest) | ☐ Other (explain below) |
| | ☐ To be rehoused or reclassified | ☐ Community Transition Unit (Re-entry services) | |
| ☐ Other (explain below) | ☐ Other (explain below) | ☐ Other (explain below) | |

| LEGAL INFORMATION | *(response)* | OTHER | *(response)* | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other:_____ | | |

**INMATE NAME:**

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

REQUEST LEGAL MAIL PRINT-OUT

MAIL SENT OUT JUNE 22 - NOT

RECIEVED : ATTORNEY ESQ :

OSCAR ACEVEDO 714 W. OLIMPIC BLVD

SUITE # 621 LA CA 90015

-------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | |

**FRONT PART 2 (PINK COPY)**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## NOTIFICATION OF DISPOSITON

**REFERENCE #: 5100-2022-0803-316**

**INFORMATION:**

☐ **Handle as an emergent.**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5730960 | ROMO | EZEQUIEL | |

| Facility | Housing Location | Date of Collection | |
|---|---|---|---|
| CJ | 4800 D 0002 | 08/03/2022 | |

| Requesting to Speak With | Requesting for Service | Grievance | |
|---|---|---|---|
| | | Mail | |

Request or Grievance Details:

Inmate states that his legal mail he sent out to Oscar Acevedo was not received and he wants a copy of his legal mail log.

**DISPOSITION:**

Complaint Type

Mail

| Findings | Relief |
|---|---|
| Inconclusive ✔ | Relief Unavailable ✔ |

### Comments

Per MCJ Unit Order, the Legal Mail custody assistants are not required to maintain an outgoing legal mail log. CA Pena gave Inmate Romo an incoming legal mail log.

**REVIEWED BY:**

460256          Galvan

523966          Larson

Inmate Rights Regarding the Appeal Process:
- Inmates may only submit one (1) appeal per grievance.
- An appeal shall be submitted on the appropriate appeal form, which will be provided to the inmate by custody personnel when delivering the notification of the disposition of a grievance or appeal.
- Inmates who are unable to fill out the appeal form may ask personnel for assistance.
- An appeal by an inmate must be submitted within fifteen (15) calendar days of receiving a written disposition regarding the grievance, or the appeal will be denied.
- Inmates will be advised in writing by a supervisor the result of an appeal within **15** calendar days of the appeal submission.

New issues raised by an inmate on an appeal form will not be addressed, and any decision rendered will pertain only to the present appeal issue.

**REFERENCE #: 5100-2022-0803-316**

| Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance. | | |
|---|---|---|
| Inmate's Signature: | Booking #: 5730960 | Date: 8-5-22 |

SH-J-420                    5100-2022-0803-316

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## GRIEVANCE APPEAL STATUS NOTIFICATION

### REFERENCE #: 5100-2020-0723-276
### GRIEVANCE INFORMATION:

| Booking | Last | First | Middle |
|---------|------|-------|--------|
| 5730960 | ROMO | EZEQUIEL | |
| Facility | Housing Location | | Response Due By |
| CJ | 3100 A 0004 | | 08/15/2020 |

| Requesting to Speak With | Requesting for Service | Grievance |  |
|--------------------------|------------------------|-----------|--|
| | | Classification | |

Grievance Details:

Inmate is requesting to be released back into general population. Inmate states there is no safety concerns/ no enemies or staff problems.

### APPEAL LEVEL 2 STATUS:

**Status:**

**Denied**

**Comments:**

I concur

| **Status Notification Issued By:** | **Employee #** |
|-------------------------------------|----------------|
| Dungca | 507203 |

### REFERENCE #: 5100-2020-0723-276

| Inmate's Signature:
Romo | Booking #:
5730960 | Date:
8·18·20 |
|---|---|---|

**



COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

- **I MAY REVOKE THIS WAIVER AT ANY TIME** by contacting a Jail Liaison Deputy, or other Custody staff.

- I have been advised to consult with my attorney before signing this waiver.

- By signing this waiver I certify that I fully understand it and no one has coerced me or persuaded me to make this decision. I am not being forced to make this decision and I am not making this decision under duress.

- I expressly agree that this waiver shall be interpreted under the laws of the State of California and that if any portion of it is held invalid or unenforceable, the remainder of this waiver shall nevertheless continue in full legal force and effect.

Inmate: _____    Date: 5/21/23
                (Signature)

Deputy: _____ SILVA _____ 625509 ____    Date: 8-21-23
                (Signature)

Witness: _____ TA ____ 678292 _____    Date 8/21/23
                (Signature)

Comments:
GENEAL POPULATION
CERTIFIED!
NO SAFETY / NO STAFF CONCERNS/
NON-DISCIPLINARY.

Approved: _____ HALEY TOBIN _____    Date: 8/21/23
                              K-20

COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

## *Threat Advisory - Waiver of Protective Custody*

Date: 8.4.23 ___ Location: 2400

I, Inmate ~~Ezequiel~~ EZEQUIEL Romo ___ Booking # 5730960 ,

Have been advised by Deputy ___ D. ~ ___ Emp# 624957

The following:

- Jail staff has informed me that **MY PERSONAL SAFETY IS AT RISK** if I am housed in general population housing, and I have been offered the opportunity to be placed in protective custody housing.

- I hereby **KNOWINGLY and VOLUNTARILY CHOOSE NOT TO BE PLACED IN PROTECTIVE CUSTODY HOUSING AT THIS TIME**.

- I am not aware of any enemies among the inmate population, and I do not believe I am in any danger.

- I specifically understand that I may be **KILLED or SERIOUSLY INJURED** by other inmates if I am housed in the general inmate population, and **I FREELY AND KNOWINGLY CHOOSE TO ASSUME FULL RESPONSIBILITY FOR THAT RISK WITHOUT RESERVATION OR DOUBTS**.

- On behalf of myself, my heirs, my representatives, executors, administrators, successors and assigns, I hereby **RELEASE AND FOREVER DISCHARGE** the County of Los Angeles, its Special Districts, its elected and appointed officials, executives, servants, officers, employees, directors, agents, volunteers, subsidiaries, successors, and attorneys from **ANY AND ALL LIABILITY** (including constitutional or civil rights claims, allegations of statutory violations, tortious or negligent misconduct, or any other claims, damages, medical expenses (after release from County custody) or attorneys' fees which may arise, whether directly or indirectly) for any injury to my person or my death as a result of attack by other inmates while housed in general population housing.

- This waiver will remain in effect until I revoke it.



COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

- **I MAY REVOKE THIS WAIVER AT ANY TIME** by contacting a Jail Liaison Deputy, or other Custody staff.

- I have been advised to consult with my attorney before signing this waiver.

- By signing this waiver I certify that I fully understand it and no one has coerced me or persuaded me to make this decision. I am not being forced to make this decision and I am not making this decision under duress.

- I expressly agree that this waiver shall be interpreted under the laws of the State of California and that if any portion of it is held invalid or unenforceable, the remainder of this waiver shall nevertheless continue in full legal force and effect.

Inmate: _____ Date: 8/4/23
(Signature)

Deputy: _____ Date: 8/4/23
(Signature)

Witness: _____ Date: 8/4/23
(Signature)

Comments: GP CERTIFIED

Approved: _____ Date: 8/10/23

NO    GP    RE THREAT



COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

# *Custody Operations*
# *Threat Advisory - Waiver of Protective Custody*

Date: 4 29 2020 Location: OSJ OFFICE - MCJ

I, Inmate EZEQUIEL Lomo Booking # 5730960.

Have been advised by Deputy BECERRA Emp# 607250

The following:

- Jail staff has informed me that **MY PERSONAL SAFETY IS AT RISK** if I am housed in general population housing, and I have been offered the opportunity to be placed in protective custody housing.

- I hereby **KNOWINGLY and VOLUNTARILY CHOOSE NOT TO BE PLACED IN PROTECTIVE CUSTODY HOUSING AT THIS TIME**.

- I am not aware of any enemies among the inmate population, and I do not believe I am in any danger.

- I specifically understand that I may be **KILLED or SERIOUSLY INJURED** by other inmates if I am housed in the general inmate population, and **I FREELY AND KNOWINGLY CHOOSE TO ASSUME FULL RESPONSIBILITY FOR THAT RISK WITHOUT RESERVATION OR DOUBTS**.

- On behalf of myself, my heirs, my representatives, executors, administrators, successors and assigns, I hereby **RELEASE AND FOREVER DISCHARGE** the County of Los Angeles, its Special Districts, its elected and appointed officials, executives, servants, officers, employees, directors, agents, volunteers, subsidiaries, successors, and attorneys from **ANY AND ALL LIABILITY** (including constitutional or civil rights claims, allegations of statutory violations, tortious or negligent misconduct, or any other claims, damages, medical expenses (after release from County custody) or attorneys' fees which may arise, whether directly or indirectly) for any injury to my person or my death as a result of attack by other inmates while housed in general population housing.

- This waiver will remain in effect until I revoke it.



**COUNTY OF LOS ANGELES**
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

- **I MAY REVOKE THIS WAIVER AT ANY TIME** by contacting a Jail Liaison Deputy, or other Custody staff.

- I have been advised to consult with my attorney before signing this waiver.

- By signing this waiver I certify that I fully understand it and no one has coerced me or persuaded me to make this decision. I am not being forced to make this decision and I am not making this decision under duress.

- I expressly agree that this waiver shall be interpreted under the laws of the State of California and that if any portion of it is held invalid or unenforceable, the remainder of this waiver shall nevertheless continue in full legal force and effect.

Inmate: _____ Date: 4-29-2020
            (Signature)

Deputy: _____ Date: 4-29-2020
            (Signature)

Witness: _____ Date: 4-29-20
            (Signature)

Comments:
_____

_____

_____

_____

Approved: _____ Date: _____



COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

## *Threat Advisory - Waiver of Protective Custody*

Date: 4-30-20    Location: MCJ 5500

I, Inmate  ROMO, EZEQUIEL    Booking # 5730960    ,

Have been advised by Deputy  BLEEK, P.    Emp# 552100

The following:

- Jail staff has informed me that **MY PERSONAL SAFETY IS AT RISK** if I am housed in general population housing, and I have been offered the opportunity to be placed in protective custody housing.

- I hereby **KNOWINGLY and VOLUNTARILY CHOOSE NOT TO BE PLACED IN PROTECTIVE CUSTODY HOUSING AT THIS TIME**.

- I am not aware of any enemies among the inmate population, and I do not believe I am in any danger.

- I specifically understand that I may be **KILLED or SERIOUSLY INJURED** by other inmates if I am housed in the general inmate population, and **I FREELY AND KNOWINGLY CHOOSE TO ASSUME FULL RESPONSIBILITY FOR THAT RISK WITHOUT RESERVATION OR DOUBTS**.

- On behalf of myself, my heirs, my representatives, executors, administrators, successors and assigns, I hereby **RELEASE AND FOREVER DISCHARGE** the County of Los Angeles, its Special Districts, its elected and appointed officials, executives, servants, officers, employees, directors, agents, volunteers, subsidiaries, successors, and attorneys from **ANY AND ALL LIABILITY** (including constitutional or civil rights claims, allegations of statutory violations, tortious or negligent misconduct, or any other claims, damages, medical expenses (after release from County custody) or attorneys' fees which may arise, whether directly or indirectly) for any injury to my person or my death as a result of attack by other inmates while housed in general population housing.

- This waiver will remain in effect until I revoke it.



COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

- **I MAY REVOKE THIS WAIVER AT ANY TIME** by contacting a Jail Liaison Deputy, or other Custody staff.

- I have been advised to consult with my attorney before signing this waiver.

- By signing this waiver I certify that I fully understand it and no one has coerced me or persuaded me to make this decision. I am not being forced to make this decision and I am not making this decision under duress.

- I expressly agree that this waiver shall be interpreted under the laws of the State of California and that if any portion of it is held invalid or unenforceable, the remainder of this waiver shall nevertheless continue in full legal force and effect.

Inmate: _____ (Signature)          Date: 4-30-20

Deputy: _____BAREIS_____ #5572100     Date: 4-30-20
        (Signature)

Witness: _____ (Signature)          Date: 4-30-20

Comments:
Clear To Return To General
Population

Approved: _____          Date: 5/2/20

134

CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

## ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE

| INSTITUTION NAME<br>NKSP-Central Service | INMATE'S NAME<br>ROMO, EZEQUIEL | CDC NUMBER<br>BV8821 |
|---|---|---|

### REASON(S) FOR PLACEMENT *(PART A)*

☑ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☑ ENDANGERS INSTITUTION SECURITY      ☐ RETAINED IN ASU AS NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On August 30, 2023, you, Inmate ROMO, BV8821, arrived at North Kern State Prison (NKSP) from Los Angeles County Sheriff's Department as a "New Felony Commitment" with a MAXIMUM (MAX) custody designation.

Specifically, you placed in the Administrative Segregation Unit (ASU) while housed at Los Aneles County Sheriff's Department pending investigation into your possible safety concerns. Therefore, based on the aforementioned coupled with your MAX custody designation, you present an immediate threat to the safety and security of the institution, others, and yourself. You will be housed in ASU pending Administrative Review or ICC decision to determine your appropriate program and housing needs based on your case factors. Due to this housing placement your credit earnings, privileges & visiting status are subject to change.

TABE Score: None noted in SOMS
DDP Participant: None noted in SOMS
Mental Health: GP
DPP Participant: None noted in SOMS
Housing Restrictions: None noted in SOMS
Physical Limitations: None noted in SOMS
Assisted devices/Durable Medical Equipment: None noted in SOMS

☐ IF CONFIDENTIAL INFORMATION USED, DATE INFORMATION DISCLOSED:

| DATE OF ASU PLACEMENT<br>08/30/2023 | SEGREGATION AUTHORITY'S PRINTED NAME<br>C. Munoz | SIGNATURE<br>C. Munoz | TITLE<br>LT |
|---|---|---|---|

| DATE NOTICE SERVED<br>1735 | TIME SERVED<br>8/30/23 | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE<br>C. M. vice | SIGNATURE | STAFF'S TITLE<br>C.O. |
|---|---|---|---|---|

| ☒ INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER<br>BV8821 |
|---|---|---|

**You were identified with a disability of:**
☐ Hearing  ☐ Vision  ☐ Speech  ☐ Learning Disability  ☑ Reading Level <= 4.0/No Level  ☐ Developmental Disability  ☐ CCCMS  ☐ EOP  ☐
Foreign Language Speaking

Method
☑ ROMO, EZEQUIEL reiterated in his own words, what was explained

☑ ROMO, EZEQUIEL provided appropriate, substantive responses to questions asked

☑ ROMO, EZEQUIEL asked appropriate questions regarding the information provided

☐ ROMO, EZEQUIEL did not appear to understand the communication, even though the primary method of communication was used

STATE OF CALIFORNIA
CDCR FORM 1030 STG (10/12)

DEPARTMENT OF CORRECTIONS
AND REHABILITATION

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: __BV8821__          INMATE NAME: ___ROMO___          INSTITUTION: ____NKSP____

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC Form 115, Rules Violation Report (log number _____ ),

dated _____ submitted by _____ (Staff Name & Title) _____.

b) CDC Form 114-D, Order and Hearing for Placement in Segregated Housing dated _____08/30/2023_.

c) Validation Package as a _____N/A_____ of the _____N/A_____ Security Threat Group.

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.
This information is reliable because:

☐ This source has previously provided confidential information, which has proven to be true.
☐ This source participated in and successfully completed a Polygraph examination.
☐ More than one source independently provided the same information.
☐ The information provided by the confidential source is self-incriminating.
☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.
☒ Part of the information provided is corroborated through investigation or by information provided by non-confidential sources.
☐ Other (Explain) _____

3) Disclosure of information received.
**The information received indicated the following:**

Confidential Memorandum (CM) dated October 30, 2023, authored by North Kern State Prison (NKSP) Assistant Institutional Gang Investigator (AIGI) R. Ayala Angeles indicates the completed safety concerns investigation of inmate Ezequiel ROMO BV8821, **Wicked from Blythe Street a validated associate of the Security Threat Group (STG)** I, Mexican Mafia (EME). Based on recent Confidential Memorandums indicating ROMO was placed on disregard by EME leadership, information and telephone calls provided by Los Angeles County Sheriff's Department (LACSD) indicating ROMO has safety concerns stemming from Los Angeles County Jail (LACJ), telephone calls gathered through California Department of Corrections and Rehabilitation (CDCR) indicating ROMO has safety concerns for claiming to be an EME member and a news article identifying ROMO as an EME member. There is no information in Electronic Records Management System (ERMS) indicating ROMO has been able to clear up any transgressions from his past. Without documentation indicating Subject is back in good standing with the EME and/or has cleared up any issues from LACJ and his past, this IGI Unit affirms Subject may have safety concerns with EME associates/members and Sureños. Therefore, this IGI Unit concluded its investigation into information obtained from his ERMS file, County Staff information and NKSP Staff information. Based on all available information, it is recommended by this IGI Unit for Subject to be referred to ICC, where all case factors must be considered in order to be appropriately classified and processed to a facility suitable with his custody level and programming needs

(If additional space is needed, attach another sheet.)

STATE OF CALIFORNIA
CDCR FORM 1030 STG (10/12)

DEPARTMENT OF CORRECTIONS
AND REHABILITATION.

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

4)   Type and current location of documentation. (i.e., CDC Form 128B of 5/15/2010 in the confidential section of the central file)

Confidential Memorandum dated October 30, 2023, authored by AIGI Officer R. Ayala Angeles is located within the Confidential Section of ROMO's ERMS file.

_____ AIGI
**STAFF SIGNATURE/TITLE**

10/30/2023
**DATE DISCLOSED**

**DISTRIBUTION: WHITE—Central File;   GREEN--Inmate;   YELLOW—Institutional Use**



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

## RESTRICTED HOUSING UNIT PLACEMENT NOTICE

| INSTITUTION NAME<br>NKSP-Central Service | INMATE'S NAME<br>ROMO, EZEQUIEL | CDC NUMBER<br>BV8821 |
|---|---|---|

### REASON(S) FOR PLACEMENT *(PART A)*

☑ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☑ ENDANGERS INSTITUTION SECURITY    ☐ RETAINED IN RHU AS NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On August 30, 2023, you, inmate ROMO, BV8821, arrived at North Kern State Prison (NKSP) from Los Angeles County Sheriff's Department (LACSD) as a New Felony Commitment with a MAXIMUM (MAX) custody designation.

Specifically, while housed at Los Aneles County Jail (LACJ), you were placed in the Restricted Housing Unit (RHU) pending an investigation into your possible safety concerns. Therefore, based on the aforementioned information coupled with your MAX custody designation, you present an immediate threat to the safety and security of the institution, others, and yourself. You will be housed in RHU pending Administrative Review or ICC decision to determine your appropriate program and housing needs based on your case factors. Due to this housing placement your credit earnings, privileges & visiting status are subject to change.

On September 7, 2023, ICC elected to retain you pending case by case review and Institutional Gang Investigations (IGI) Unit interview. On October 30, 2023, NKSP concluded a safety concern investigation pertaining to ROMO. (Refer to Confidential Memorandum dated October 30, 2023, authored by AIGI R. Ayala Angeles) Based on the investigation it was determined there was a substantial amount of information indicating ROMO may have safety concerns with the Security Threat Group I (STG-I) Mexican Mafia (EME). Specifically, in August 2023, while housed at LACJ you were rehoused in a Segregation housing unit for possible safety concerns, subsequently transferring to CDCR custody prior to the investigation being completed by LACJ. A review of your ERMS file was completed and it contains multiple Confidential Memorandums indicating you may have be targeted for assault by the EME. Based on information gathered from ERMS, LACJ and Reliable Informants, NKSP IGI determined you have not been able to clear past transgressions which have caused you to have possible safety concerns. If new information becomes available, it is recommended your case factors be reevaluated an IGI Unit.

TABE Score: None noted in SOMS
DDP Participant: None noted in SOMS
Mental Health: GP
DPP Participant: None noted in SOMS
Housing Restrictions: None noted in SOMS
Physical Limitations: None noted in SOMS
Assisted devices/Durable Medical Equipment: None noted in SOMS

☑ IF CONFIDENTIAL INFORMATION USED, DATE INFORMATION DISCLOSED: 10/30/2023

| DATE OF RHU PLACEMENT<br>08/30/2023 | AUTHORITY'S PRINTED NAME<br>J. Felix | SIGNATURE<br>J. Felix | | TITLE<br>Lieutenant (A) |
|---|---|---|---|---|

| DATE NOTICE<br>SERVED<br>11/02/2023 | TIME<br>SERVED<br>09:00:00 | PRINTED NAME OF STAFF SERVING<br>RHU PLACEMENT NOTICE<br>J. Felix | SIGNATURE | | STAFF'S<br>TITLE<br>Lieutenant<br>(A) |
|---|---|---|---|---|---|

| ☒ INMATE REFUSED TO SIGN | | INMATE SIGNATURE | | CDC NUMBER<br>BV8821 |
|---|---|---|---|---|

You were identified with a disability of:
☐ Hearing ☐ Vision ☐ Speech ☐ Learning Disability ☐ Reading Level <= 4.0/No Level ☐ Developmental Disability ☐ CCCMS ☐ EOP ☐ Foreign Language Speaking

Method

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## NOTIFICATION OF DISPOSITON

### REFERENCE #: 5100-2020-1005-313
### INFORMATION:

☐ **Handle as an emergent.**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5730960 | ROMO | EZEQUIEL | |
| Facility | Housing Location | Date of Collection | |
| CJ | 3500 C 0020 | 10/03/2020 | |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | Classification |

Request or Grievance Details:

Inmate is stating during yard he was notified he was cleared to be housed in module 4800. Inmate states he was rehoused in 3500 classified as K10 after declassed on 9/15/2020. Inmate states this violates his rights.

### DISPOSITION:

Complaint Type

Housing Location /
Reclassification

| Findings | Relief |
|---|---|
| Not Sustained ⌄ | Denied ⌄ |

### Comments

Per jail liaison you are classified appropriately.

### REVIEWED BY:

| 410044 | Aguilar |
|---|---|
| 616644 | Marquez |

Inmate Rights Regarding the Appeal Process:

- Inmates may only submit one (1) appeal per grievance.
- An appeal shall be submitted on the appropriate appeal form, which will be provided to the inmate by custody personnel when delivering the notification of the disposition of a grievance or appeal.
- Inmates who are unable to fill out the appeal form may ask personnel for assistance.
- An appeal by an inmate must be submitted within fifteen (15) calendar days of receiving a written disposition regarding the grievance, or the appeal will be denied.
- Inmates will be advised in writing by a supervisor the result of an appeal within **15** calendar days of the appeal submission.

New issues raised by an inmate on an appeal form will not be addressed, and any decision rendered will pertain only to the present appeal issue.

### REFERENCE #: 5100-2020-1005-313

| Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance. |||
|---|---|---|
| Inmate's Signature: Romo | Booking #: 5730960 | Date: 10.7.20 |

| SH-J-420 | 5100-2020-1005-313 |
|---|---|

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
### NOTIFICATION OF DISPOSITON

**REFERENCE #: 5100-2020-1014-373**

**INFORMATION:**

☐ **Handle as an emergent.**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5730960 | ROMO | EZEQUIEL | |
| Facility | Housing Location | Date of Collection | |
| CJ | 1750 F 0002 | 10/12/2020 | |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | To be rehoused or reclassified | |

Request or Grievance Details:
Inmate is requesting to be declassed to GP.

**DISPOSITION:**

Complaint Type                 Disposition

Housing Location /             Denied
Reclassification

**Comments**

Per Jail Liaison, you will not be declassed and will remain a K-19.

**REVIEWED BY:**

532702                Tipton

**REFERENCE #: 5100-2020-1014-373**

| Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance. | | |
|---|---|---|
| Inmate's Signature: | Booking #: 5730960 | Date: |

SH-J-420                          5100-2020-1014-373

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## GRIEVANCE APPEAL STATUS NOTIFICATION

### REFERENCE #: 5100-2020-1005-313
### GRIEVANCE INFORMATION:

| Booking | Last | First | Middle |
|---|---|---|---|
| 5730960 | ROMO | EZEQUIEL | |

| Facility | Housing Location | | Response Due By |
|---|---|---|---|
| CJ | 1750 F 0002 | | 10/29/2020 |

| Requesting to Speak With | Requesting for Service | Grievance | |
|---|---|---|---|
| | | Classification | |

Grievance Details:

Inmate is stating during yard he was notified he was cleared to be housed in module 4800. Inmate states he was rehoused in 3500 classified as K10 after declassed on 9/15/2020. Inmate states this violates his rights.

### APPEAL LEVEL 1 STATUS:

### Status:

### Denied

### Comments:

Per MCJ Jail Liaison, you were interviewed on 10/01/20 and given direction to your declass process. You will be up for review at the November 2020 panel and be recommended for general population.

| **Status Notification Issued By:** | **Employee #** |
|---|---|
| Dungca | 507203 |

### REFERENCE #: 5100-2020-1005-313

| Inmate's Signature: | Booking #: | Date: |
|---|---|---|
| Romo | 5730960 | 10/19·20 |

*

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## NOTIFICATION OF DISPOSITON

**REFERENCE #: 5100-2020-1231-335**

**INFORMATION:**

☐ Handle as an emergent.

| Booking | Last | First | Middle |
|---|---|---|---|
| 5730960 | ROMO | EZEQUIEL | |
| Facility | Housing Location | Date of Collection | |
| CJ | 1750 F 0002 | 12/29/2020 | |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | Other |

Request or Grievance Details:

Inmate states an inmate request was never answered under ref # 5100-2020-1005-13. Inmate states there was a failure to provide meaningful administrative review.

**DISPOSITION:**

Complaint Type

Inmate Information Systems

| Findings | Relief |
|---|---|
| Not Sustained ✓ | Denied ✓ |

**Comments**

Your grievance 5100-2020-1005-313 was answered and you were provided with a copy of the disposition.

**REVIEWED BY:**

439201          Steinert

616644          Marquez

Inmate Rights Regarding the Appeal Process:

- Inmates may only submit one (1) appeal per grievance.
- An appeal shall be submitted on the appropriate appeal form, which will be provided to the inmate by custody personnel when delivering the notification of the disposition of a grievance or appeal.
- Inmates who are unable to fill out the appeal form may ask personnel for assistance.
- An appeal by an inmate must be submitted within fifteen (15) calendar days of receiving a written disposition regarding the grievance, or the appeal will be denied.
- Inmates will be advised in writing by a supervisor the result of an appeal within **15** calendar days of the appeal submission.

New issues raised by an inmate on an appeal form will not be addressed, and any decision rendered will pertain only to the present appeal issue.

**REFERENCE #: 5100-2020-1231-335**

| Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance. | | |
|---|---|---|
| Inmate's Signature: | Booking #:<br>5730960 | Date: |

SH-J-420                                    5100-2020-1231-335

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
### GRIEVANCE APPEAL STATUS NOTIFICATION

## REFERENCE #: 5100-2020-1231-335
## GRIEVANCE INFORMATION:

| Booking | Last | First | Middle |
|---|---|---|---|
| 5730960 | ROMO | EZEQUIEL | |
| Facility | Housing Location | | Response Due By |
| CJ | 1750 F 0002 | | 01/26/2021 |

| Requesting to Speak With | Requesting for Service | Grievance | |
|---|---|---|---|
| | | Other | |

Grievance Details:

Inmate states an inmate request was never answered under ref # 5100-2020-1005-13. Inmate states there was a failure to provide meaningful administrative review.

## APPEAL LEVEL 1 STATUS:

### Status:

### Denied

### Comments:

Per MCJ Jail Liaison, you were reviewed by the RHCP and they decided you should not be declassified and you were reaffirmed as a K-19.

| Status Notification Issued By: | Employee # |
|---|---|
| Dungca | 507203 |

## REFERENCE #: 5100-2020-1231-335

| Inmate's Signature: | Booking #: | Date: | |
|---|---|---|---|
| | 5730960 | | |

*

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## NOTIFICATION OF DISPOSITON

**REFERENCE #: 5100-2020-0723-276**

**INFORMATION:**

✓ **Handle as an emergent.**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5730960 | ROMO | EZEQUIEL | |
| Facility | Housing Location | Date of Collection | |
| CJ | 3100 A 0004 | 07/21/2020 | |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | Classification |

Request or Grievance Details:

Inmate is requesting to be released back into general population. Inmate states there is no safety concerns/ no enemies or staff problems.

**DISPOSITION:**

Complaint Type

Housing Location /
Reclassification

| Findings | | Relief | |
|---|---|---|---|
| Not Sustained | ✓ | Denied | ✓ |

**Comments**

Per Jail liaison inmate Romo is currently not eligible for declassification. He should become eligible some time after October.

**REVIEWED BY:**

404914          Bonner

616644          Marquez

Inmate Rights Regarding the Appeal Process:

- Inmates may only submit one (1) appeal per grievance.
- An appeal shall be submitted on the appropriate appeal form, which will be provided to the inmate by custody personnel when delivering the notification of the disposition of a grievance or appeal.
- Inmates who are unable to fill out the appeal form may ask personnel for assistance.
- An appeal by an inmate must be submitted within fifteen (15) calendar days of receiving a written disposition regarding the grievance, or the appeal will be denied.
- Inmates will be advised in writing by a supervisor the result of an appeal within **15** calendar days of the appeal submission.

New issues raised by an inmate on an appeal form will not be addressed, and any decision rendered will pertain only to the present appeal issue.

**REFERENCE #: 5100-2020-0723-276**

| Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance. | | |
|---|---|---|
| Inmate's Signature: | Booking #:<br>5730960 | Date: |

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## GRIEVANCE APPEAL STATUS NOTIFICATION

### REFERENCE #: 5100-2020-0723-276
### GRIEVANCE INFORMATION:

| Booking | Last | First | Middle |
|---|---|---|---|
| 5730960 | ROMO | EZEQUIEL | |
| Facility | Housing Location | | Response Due By |
| CJ | 3100 A 0004 | · | 08/09/2020 |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | Classification |

Grievance Details:

Inmate is requesting to be released back into general population. Inmate states there is no safety concerns/ no enemies or staff problems.

### APPEAL LEVEL 1 STATUS:

### Status:
### Denied

### Comments:

Per MCJ Jail Liaison, you are not eligible for declass until October 2020.

| Status Notification Issued By: | Employee # |
|---|---|
| Dungca | 507203 |

### REFERENCE #: 5100-2020-0723-276

| Inmate's Signature: | Booking #: | Date: |
|---|---|---|
| Romo | 5730960 | 8-5-20 |

*

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
### NOTIFICATION OF DISPOSITON

**REFERENCE #: 5100-2020-0810-207**

**INFORMATION:**

☐ **Handle as an emergent.**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5730960 | ROMO | EZEQUIEL | |
| Facility | Housing Location | Date of Collection | |
| CJ | 3100 A 0004 | 08/09/2020 | |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | Mail |

Request or Grievance Details:

Inmate stating his legal mail was opened and not forwarded to his lawyer. Inmate's attorney confirmed he did not receive legal mail that was sent out on 7/31/20.

**DISPOSITION:**

Complaint Type

Mail

| Findings | Relief |
|---|---|
| Inconclusive ✔ | Denied ✔ |

**Comments**

Per Legal Unit, inmate's legal mail log indicates there was only one outgoing mail on July 22nd to his attorney. Please see attached mail log.

**REVIEWED BY:**

439201          Steinert

616630          Karapetyan

Inmate Rights Regarding the Appeal Process:

- Inmates may only submit one (1) appeal per grievance.
- An appeal shall be submitted on the appropriate appeal form, which will be provided to the inmate by custody personnel when delivering the notification of the disposition of a grievance or appeal.
- Inmates who are unable to fill out the appeal form may ask personnel for assistance.
- An appeal by an inmate must be submitted within fifteen (15) calendar days of receiving a written disposition regarding the grievance, or the appeal will be denied.
- Inmates will be advised in writing by a supervisor the result of an appeal within **15** calendar days of the appeal submission.

New issues raised by an inmate on an appeal form will not be addressed, and any decision rendered will pertain only to the present appeal issue.

**REFERENCE #: 5100-2020-0810-207**

| Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance. | | |
|---|---|---|
| Inmate's Signature: *Romo* | Booking #: 5730960 | Date: 8·15·20 |

SH-J-420          5100-2020-0810-207

Proof Of Service:

I, Ezequiel Romo A party to within Cause of
Action; And Over The legal Age Of (18) eighteen
Place A True Copy On The Mail U.S. Postal
Service "Mailbox Rule":

January 24. 2024:
Attn. Court Clerk
225 Temple St. Suite TS-134
Los Angeles, CA 90012
 • First Amended Complaint
   (41 pages)
 • Plaintiff: Ezequiel Romo BV4421
   NKSP. D6 108EG 249L
   P.O. Box 5005
Delano CA 43216
I, declare On January 24, 2024 true Above True
And Correct Under Penalty Of Perjury 28 U.S.C.
Section 1764. Ezequiel Romo   Ezequiel Romo
                     In propia persona



United States District Court
Central District
Office of The Clerk.
255 East Temple Street
Room 180
Los Angeles, CA 90012

LEGAL
MAIL

LEGAL
MAIL

EntQuivir Romo B58851
N/CSP D6 - AD 5Keg 240L
P.O. Box 5005
Delano, CA 93216

CLERK, RECEIVED
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
FEB - 9 2024

United States District Court
Central District
Office of the Clerk.
255 East Temple Street
Room 180
Los Angeles, CA 90012

3





GIBBS - P#139872
CDCR #99569
NKSP

GIBBS - P#139872
CDCR #99569
NKSP

2/5/24

Attn: Office of Clerk:

Re: Ramo J. City Of Los Angeles
       Case No. 2:23 CV 10864

Please Take Notice; Plaintiff has Enclosed
the First-Amended Complaint And forwarded
In forma pauperis To prison Officials
Per Court-Order January 17, 2024 (Doc.4)

I, Ezequiel Ramo Declare the Above True
And correct Under penalty Of perjury
On February 5, 2024 At Delano California
/s/ Ezequiel Ramo

          In propia persona

          Ezequiel Ramo BV8821
          NKSP De Abseg 249L
          P. O. Box 5005
          Delano, CA 93216