**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:23cv10864  Doc: 13

Ezequiel Romo CDCBV8821
North Kern State Prison
PO Box 5000
Delano, CA 93216

NEOPOST                FIRST-CLASS MAIL
07/10/2024
US POSTAGE  $001.63⁰
ZIP 90012
041M11461109



☐ UNAUTHORIZED CORRESPONDENCE
☐ INMATE/PAROLEE
☐ CIRCUMVENTING PROCEDURES
☐ CANNOT IDENTIFY WITHOUT CDC NUMBER
☐ NAME AND NUMBER DO NOT CORRESPOND

Inactive

Inactive inmate/parolee

-R-T-S-  932165574-1N    07/26/24

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

2:23CV10864PVC



FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2024
CENTRAL DISTRICT OF CALIFORNIA
BY      asi      DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 31 2024
CENTRAL DISTRICT OF CALIFORNIA
BY      DEPUTY

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<38251754@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-10864-WDK-PVC Ezequiel Romo v. City of Los Angeles et al Report and Recommendation (Issued) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 7/9/2024 at 5:19 PM PDT and filed on 7/9/2024

| | |
|---|---|
| **Case Name:** | Ezequiel Romo v. City of Los Angeles et al |
| **Case Number:** | 2:23-cv-10864-WDK-PVC |
| **Filer:** | |

**WARNING: CASE CLOSED on 05/07/2024**

**Document Number:** 13

**Docket Text:**
**REPORT AND RECOMMENDATION** issued by Magistrate Judge Pedro V. Castillo. Re [10] **MOTION to AMEND** or Alter Judgment. (hr)

**2:23-cv-10864-WDK-PVC Notice has been electronically mailed to:**
**2:23-cv-10864-WDK-PVC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Ezequiel Romo
CDC BV8821
D6 - AD SEG 249L
North Kern State Prison
PO Box 5005
Delano CA 93216