1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | EZEQUIEL ROMO,                    | Case No. CV 23-10864 WDK (PVC)

12 |              Plaintiff,           | **ORDER: (1) ACCEPTING REPORT AND**

13 |      v.                           | **RECOMMENDATION OF UNITED STATES MAGISTRATE**

14 | CITY OF LOS ANGELES, et al.,      | **JUDGE; AND (2) DENYING PLAINTIFF'S MOTION TO**

15 |              Defendants.          | **AMEND OR ALTER JUDGMENT**

16
17
18          Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion to

19   Amend or Alter Judgment Under Rule 59(e) (Docket No. 10), the records on file,

20   and the Report and Recommendation of the United States Magistrate Judge

21   ("Report," Docket No. 13). The time for filing Objections to the Report has passed

22   and no Objections have been received. Accordingly, the Court accepts the Report

23   and adopts the findings, conclusions, and recommendations of the Magistrate

24   Judge.

25
26          IT IS ORDERED THAT Plaintiff's Motion to Amend or Alter Judgment

27   Under Rule 59(e) is DENIED.

28

The Clerk shall serve copies of this Order on Plaintiff at his address of record.

IT IS SO ORDERED.

DATED:   12/20/2024

_____
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE